DIANE J. HUMETEWA
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

CR09 0919TUC CKJ/BPV

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violation: |
| v. | 18 U.S.C. § 111(a) and (b) |
| Abdul Hayes, | (Assault on a Federal Officer) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about December 18, 2007, at or near Tucson, in the District of Arizona, ABDUL HAYES, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Corrections Officer N. Dominguez, an officer of the United States or any agency thereof, while Officer N. Dominguez was engaged in the performance of his official duties, and did inflict bodily injury on Officer N. Dominquez, that is, bruising and bleeding on Officer N. Dominguez's right arm, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

//
//
//

A TRUE BILL

███████████████

Presiding Juror

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*[signature]*

Assistant United States Attorney

MAY 2 0 2009

2