DIANE J. HUMETEWA
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
ann.demarais@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 09-0919-TUC-CKJ (BPV) |
| v. | ) | **MOTION TO ISSUE AN ARREST WARRANT** |
| Abdul Hayes, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its attorneys, DIANE J. HUMETEWA, United States Attorney for the District of Arizona, and Ann DeMarais, Assistant U.S. Attorney, hereby files this Motion to Issue an Arrest Warrant and in support states the following:

The defendant was indicted by the Grand Jury on May 20, 2009 on the charge of Assault on a Federal Officer. The charge stems from an incident which took place on December 18, 2007 at the federal penitentiary in Tucson. The defendant bit a correction officer causing an injury.

The defendant is still in federal custody on his other charges. He is not being held on these charges. Counsel for government was told by the Clerk's Office that a warrant is needed to set the defendant for an initial appearance.

1  For the above reasons, the government respectfully requests that this Court issue
2  an arrest warrant and set this defendant for an initial appearance.
3  Respectfully submitted this 28th day of May, 2009.

   DIANE J. HUMETEWA
   United States Attorney
   District of Arizona

   *S/Ann L. DeMarais*

   Ann L. DeMarais
   Assistant U.S. Attorney